**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MARINER IC INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:16-cv-442 (RG) (RSP) |
| ) | |
| FUNAI ELECTRIC CO., LTD., and ) | |
| FUNAI CORPORATION, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a) (1) (i), Plaintiff Mariner IC Inc., by and through its undersigned counsel, hereby dismisses this action voluntarily and without prejudice by filing this Notice of Dismissal with the Clerk of the Court before service by either of the Defendants of an answer or a motion for summary judgment.

Dated:  April 27, 2016                              **BROWN RUDNICK LLP**

 _/s/ Alfred R. Fabricant_
Alfred R. Fabricant
Texas Bar No. 2219392
Email: afabricant@brownrudnick.com
Lawrence C. Drucker
Email: ldrucker@brownrudnick.com
Texas Bar No. 2303089
Peter Lambrianakos
Texas Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
Texas Bar No. 4557435
Email: vrubino@brownrudnick.com

                    Alessandra C. Messing
                    Texas Bar No. 5040019
                    Email: amessing@brownrudnick.com
                    **BROWN RUDNICK LLP**
                    7 Times Square
                    New York, NY 10036
                    Telephone: (212) 209-4800

                    *Attorneys for Plaintiff Mariner IC Inc.*

To:    Funai Electric Co. Ltd
       7-7-1 Nakagaito Daito
       Osaka 574-0013, Japan

       Funai Corporation, Inc.
       201 Route 17, Suite 903
       Rutherford, New Jersey, 07070

       National Corporate Research, Ltd.
       14 Scenic Drive
       Dayton, New Jersey, 08810